UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

EAST 169TH GOURMET DELI CORP., a New York corporation, d/b/a EAST 169TH GOURMET DELI, and 757 EAST 169 STREET HOUSING DEVELOPMENT FUND CORPORATION, a New York corporation,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

25 Civ. 1650 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 27, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by April 28, 2025. ECF No. 8. Those submissions are now overdue. Accordingly, by **May 28, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 29, 2025
         New York, New York

                                                  ANALISA TORRES
                                          United States District Judge