USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/29/2025_

# THE WEITZ LAW FIRM, P.A.

May 28, 2025

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

      Re:    **Velasquez v. East 169th Gourmet Deli Corp.**, et al.
            **Case 1:25-cv-01650-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Case Management Plan in this matter was currently due May 28, 2025. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Case Management Plan is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com

---

GRANTED IN PART. By **June 30, 2025**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                _____
                                ANALISA TORRES
                               United States District Judge