```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICARDO VELASQUEZ,

                Plaintiff,

-against-

EAST 169TH GOURMET DELI CORP., a New York corporation, d/b/a EAST 169TH GOURMET DELI, and 757 EAST 169 STREET HOUSING DEVELOPMENT FUND CORPORATION, a New York corporation,

                Defendants.

25 Civ. 1650 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated February 27, 2025, the Court directed the parties to file a joint letter and proposed case management plan by April 28, 2025. ECF No. 8. On April 29, having received nothing from the parties, the Court extended the deadline to May 28, 2025. ECF No. 12. At Plaintiff's request, the Court extended the deadline a second time to June 30, 2025, ECF No. 14, and a third time to September 19, 2025, ECF No. 22. Those submissions are, again, now overdue.

    Accordingly, by **October 20, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is reminded that, pursuant to ¶ II.B of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." Plaintiff is advised that failure to comply with the Court's orders may result in dismissal under Federal Rule of Civil Procedure 41(b).

    No further extensions shall be granted absent exceptionally good cause shown.

    SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge