UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-against-

EAST 169TH GOURMET DELI CORP., a New York corporation, d/b/a EAST 169TH GOURMET DELI, and 757 EAST 169 STREET HOUSING DEVELOPMENT FUND CORPORATION, a New York corporation,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025
```

25 Civ. 1650 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated February 27, 2025, the Court directed the parties to file a joint letter and proposed case management plan by April 28, 2025. ECF No. 8. On April 29, having received no submissions from the parties, the Court extended the deadline to May 28, 2025. ECF No. 12. At Plaintiff's request, the Court extended the deadline a second time to June 30, 2025. ECF No. 14. After having again received no submissions from the parties, the Court extended the deadline for a third time to August 1, 2025, ECF No. 15, a fourth time to September 19, 2025, ECF No. 22, and a fifth time to October 20, 2025, ECF No. 25. The parties' submissions are now, again, overdue.

      By order dated September 23, 2025, the Court advised Plaintiff of Rule II.B of the undersigned's Individual Practices in Civil Cases, which directs Plaintiff to "submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether [P]laintiff intends to seek a default judgment," where, as here, Defendants have not appeared in the action. *See* ECF No. 25. The Court also advised the parties that no further extensions would be granted absent exceptionally good cause shown. *See id.*

      Accordingly, by **November 21, 2025**, Plaintiff shall submit a letter informing the Court of the status of defense counsel's appearance and indicating whether Plaintiff intends to seek a default judgment. Plaintiff is reminded that continued failure to comply with the Court's orders may result in dismissal under Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                         ANALISA TORRES
                                               United States District Judge